**Exhibit A to the Complaint**

**Location:** Aston Mills, PA   **IP Address:** 68.238.245.26
**Total Works Infringed:** 24   **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2C5006B755193DC6FE35B2C81919ACE3D147202D<br>File Hash:<br>B75520FA36D202B4500F5B26731722DC0BBCCF9D4512A130A402A833DC6CE7BF | 10/07/2024 14:31:09 | Tushy | 10/06/2024 | 10/16/2024 | PA0002494765 |
| 2 | Info Hash: CA03FA2EBCE6AAE981E6E2B0BB83EEAEA1DA5D8F<br>File Hash:<br>6592A3E8C4467C089433132F56C54DF133EFA4668C174C99793939224F0EF185 | 10/07/2024 14:11:31 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 3 | Info Hash: B3BAC6CC725587815828B0398A29F5FB6AD9CC8B<br>File Hash:<br>48431CA7273BA0A1EE40CDE0176F7148D55898FCA4CBB836CF60E2FE69C799DD | 10/03/2024 11:55:12 | Milfy | 10/02/2024 | 10/16/2024 | PA0002494708 |
| 4 | Info Hash: E6DCD59C73A7B06EAB160A3CEFD7DF2C9EA9339C<br>File Hash:<br>F1700A06F53E303B45BA209625C712F8D92B8E00C1A263DB77199A903097C069 | 10/02/2024 13:28:23 | TushyRaw | 10/01/2024 | 10/16/2024 | PA0002494747 |
| 5 | Info Hash: 4AB1E64E439F8A8772B73DFE59BA2F4AC416A203<br>File Hash:<br>046CDCD4BA02FD355D165EAF933DC95032C813E7EE2050AD51817590DB3684AA | 09/30/2024 14:12:50 | Vixen | 09/27/2024 | 10/16/2024 | PA0002494780 |
| 6 | Info Hash: 59ABFF9C317B483D1482B90F1925FE32A5CF4DA4<br>File Hash:<br>96B3CE7C78776CEF2912A6B11837E7260911E89E3258582D905A31F55E40D7FF | 09/30/2024 14:04:05 | Tushy | 09/29/2024 | 10/16/2024 | PA0002494779 |
| 7 | Info Hash: EA7AC187CF67482D072F1E2E08ACF02ABAA52842<br>File Hash:<br>CF10898DAF5D5E6AA8CFD69314525F2DD6147A75D8FBD7E57AA9ED868DA0F675 | 09/26/2024 13:19:29 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 8 | Info Hash: 0DF85B0C7D348A4FC0A7D1778E792E2CD1DF92A9<br>File Hash:<br>3AEC547CD74470FFA48DA9DEB177B21552F32797CB2D006A0CF6B1714E5F24F2 | 09/24/2024 11:57:41 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 9 | Info Hash: 7DF7342A6F21DB456B5D828EF40CE60E6F787B93<br>File Hash:<br>B69FE2E766F133BEEAD1E0524C57C56C0C8C48EFBD27012A2EFF09D7E06A9F49 | 09/16/2024 11:45:38 | Tushy | 09/15/2024 | 10/16/2024 | PA0002494784 |
| 10 | Info Hash: E91D1847F8F729F8007404BDE295F06DC1684AD7<br>File Hash:<br>484FEBDDCCA55E7370F78B96197EAF71DA23D41F11E0394AC08A7C71D0818FC4 | 09/11/2024 12:49:43 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 11 | Info Hash: 75941D3A9928A466B5B2F7DFB1A49C1193B13F7D<br>File Hash:<br>A112A524F516AA7ABD1D4DCCBB1733BF34DFD581F835FD54D8DA115D845430B6 | 09/02/2024 17:06:06 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D65F581E61DFBDA5EB7AB8A365CEC60644F11078<br>File Hash: 9F2DFB4A4FE2B482146C419F2592271E7D7D40CF6A739EF647370A26559D77C4 | 08/29/2024 11:59:35 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 13 | Info Hash: 609433010E2A8858F757C9AB8E870347B14F2885<br>File Hash: 5C77BF8115346DBD085DE66B4C464F57832F8C20B23BEA707D3E9A4751283DF7 | 08/19/2024 14:10:15 | Vixen | 08/16/2024 | 09/18/2024 | PA0002490433 |
| 14 | Info Hash: 96D4BC26C484A928E5485D64B22E3EB9EE51996B<br>File Hash: 392A718FA6112DA25418153E220937F6811AB2B098A499621FB597344353EC18 | 08/08/2024 12:58:14 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 15 | Info Hash: 8FCF3A1823CDF9FF6311A037D460E2C071450253<br>File Hash: DB1622D882D63166A6574CB9EFF36C823EA70F05090E012A5482D93E68FE920F | 07/10/2024 16:35:44 | Slayed | 07/09/2024 | 09/05/2024 | PA0002491133 |
| 16 | Info Hash: F927DFE633D59A7A6325C137F27C12AC537FAADF<br>File Hash: D592C4CE92D8B82158947C68AC9EF2B689A60D6986E7A0FA47658A6272B793B4 | 06/25/2024 14:02:47 | Tushy | 06/23/2024 | 07/15/2024 | PA0002480666 |
| 17 | Info Hash: 79D260346263B1B1954319433AE5333FC31851A4<br>File Hash: A702793F0FB89256DAE2465AC1DCFE12839D11E216D391B43F793BED937DD1DA | 06/24/2024 18:15:31 | Vixen | 06/21/2024 | 07/16/2024 | PA0002480627 |
| 18 | Info Hash: 7B76CE9157D57D9C6F2F78428037476CC56D67F5<br>File Hash: D1E22F0A3EFCC94DB295E3A3D25BF62E46E86C2108376925739BAB892BBE717D | 06/12/2024 14:29:18 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 19 | Info Hash: 36303783C6122A0700B8556F865C724DAB5699D4<br>File Hash: 61F39759C0074FADBC150230BE42484D48568794F5EA7C7727A4B3BD69A2A087 | 05/29/2024 12:37:08 | TushyRaw | 05/28/2024 | 06/18/2024 | PA0002476916 |
| 20 | Info Hash: 3FC46168AC1F02B042243E1FCEC9102EE58528A0<br>File Hash: 2E9D362A2F008478EE80FE6081881AD119E74D200856D16ADE9B48E8DF95B029 | 05/24/2024 12:33:12 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 21 | Info Hash: 61096893A456453E8CC3615E1742E74628FA9DC3<br>File Hash: 51A297F7D21196D4DB69B9F6B91A0B36F77F2F7F2E5700FB825F5BB0CA6101E4 | 05/23/2024 12:10:56 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 22 | Info Hash: 4304F1CECC7B7CEA01001730B11ED6894A2759B8<br>File Hash: 461A1713E68CE2232CE7874CECA874C868C63B51DBA3892AF87415EF1D2E6370 | 05/20/2024 15:35:23 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 23 | Info Hash: D681C44C102A56A39DC4B336EDFDAD3B1C1873CF<br>File Hash: 4FF0F84D4D59AB5B14A0080A22F7D4088533307FA784E946B34CF8D6D98207E4 | 05/20/2024 15:32:31 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6D3AD039E7F3E3F4EC519751FB2FBF0BF4A86B7A<br>File Hash:<br>3521C3A69E6A192E64B47852852AA629DA533D60FF6E8BB7EC528A85172348AD | 05/13/2024 13:59:24 | Tushy | 05/12/2024 | 06/18/2024 | PA0002476874 |