UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 68.238.245.26,<br><br>    Defendant. | Civil Case No. 2:24-cv-05799-GAW<br><br>Judge Gail A. Weilheimer |

**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE**

THIS CAUSE came before the Court upon Plaintiff's Application for Extension of Time Within Which to Effectuate Service on Defendant John Doe with a summons and Complaint (the "Application"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Application is granted. Plaintiff shall have until April 13, 2025 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this _____ day of _____, 2025.


By:_____
**UNITED STATES DISTRICT JUDGE**